

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00339-CV

**BRYAN ISD,**

                                                    **Appellant**

 **v.**

**LAURA BUTTERY HAYNIE,**

                                                    **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 07-001674-CV-272

## MEMORANDUM OPINION

Bryan Independent School District filed a notice of appeal from an order imposing discovery sanctions. The District now files a motion to dismiss the appeal stating that it no longer wishes to pursue the appeal.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).

                                       TOM GRAY
                                       Chief Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed October 29, 2008
[CV06]